BEFORE THE SECOND DIVISION, JANUARY 21, 1948

**No. 52127.**—Judson Sheldon Division National Carloading Corp. *v.* United States, protest 134121–K (New York).

Opinion by TILSON, J.   An examination of the record disclosing that the protest was not filed within the time specified in section 514, Tariff Act of 1930, the motion to dismiss was granted.

**No. 52128.**—Academic Supply Co. et al. *v.* United States, protests 507114–G, etc. (New York).

Opinion by KINCHELOE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, JANUARY 21, 1948

**No. 52129.**—Kerr-Gifford & Co., Inc. *v.* United States, protests 111801–K and 114502–K (Seattle).

Opinion by CLINE, J.   It was stipulated that certain items of the merchandise are the same in all material respects as the merchandise passed upon in *Tower & Sons* v. *United States* (14 Cust. Ct. 94, C. D. 919) and that the claims in the protests are limited to the quantities of said merchandise referred to in the stipulation under the title "Regulations complied with as to the following weights." In view of the stipulation and on the authority of the decision cited the items in question were held free of duty as claimed.

**No. 52130.**—Southwestern Sugar & Molasses Co. *v.* United States, protests 108067–K, etc. (Laredo).

Opinion by CLINE, J.   It was stipulated that the merchandise consists of Pasto Miel the same in all material respects as that the subject of *Southwestern Sugar & Molasses Co.* v. *United States* (18 Cust. Ct. 128, C. D. 1056).   In view of the stipulation and on authority of the decision cited the claim of the plaintiff was sustained.